# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

James B. Wicker

      Plaintiff/Petitioner -
      Appellant,

v.

Bayview Home Loan Services, et al

      Defendant/Respondent -
      Appellee.

Case No. 19-4169

Appellant/Petitioner's
**Affidavit in support of Response
to Appellee' Motion for
Sanctions**

ORAL ARGUMENT
NOT REQUESTED

## AFFIDAVIT OF TRUTH

State of      Utah                    )

                              ss.

County of   Washington   )

**Affidavit in support of Response to Appellees' Motion for Sanctions**

Affiant hereby swears under penalty of perjury that to his first-hand personal knowledge and reasonable information and belief all facts stated below are true, and that relevant information has not been omitted:

1. My current legal name is James Bernard Wicker.

2. I am currently retired.

3. I am presently 64 years old.

4. My current address is 2564 S 4390 W, Hurricane, Utah 84737.

5. To my knowledge and belief there are no formal qualifications required for private arbitrators written into the Federal Arbitration Act.

6. I engaged HMP Services for arbitration from a web search.

7. I know nothing about HMP clients.

8. I simply filled out an application for arbitration and supplied the documents that the administrator requested for consideration.

9. I had all the documents necessary for arbitration sent via email to the administrator of HMP Services, Robert Dale.

10. HMP Services evidently assigned Robert Presley to be the arbitrator.

11. I received no advice and no direction from Robert Presley.

12. I know nothing about any business relationships of Robert Presley.

13. I do not know Sybil Ehninger High ('High').

14. I have never communicated with High by Telephone or Email or any other electronic or written form, or any other type of communication.

15. I have never contracted High nor paid High for any service or requested notarial presentment of any documents.

16. I did receive a Notary presentment from High in the mail, but it was not solicited by me. Nor did I request anyone else to do that on my behalf.

17. If High swore in a document and made a statement that she prepared this presentment, I was not a party to her presentment and High was not requested by me to perform that task.

18. Bayview Loan Services and U. S. Bank admitted the award into two (2) Pennsylvania courts following receipt of the award and did not take any action to vacate the award.

19. The statute of limitations of three months under 9 U. S. Code § 12 ran before the filing of this action from their admitted receipt of the Arbitration Award. Bayview Loan Services and U. S. Bank had the time and opportunity to vacate the award.

20. The ability of Bayview Loan Services and U. S. Bank to argue the terms of the contract, the form of the contract, the job of the arbitrator, or the arbitrator's decision in any court expired before an application for confirmation was sent to the court below.

21. I followed the Federal rules of arbitration when after three months I used the 9 U. S. Code § 9 to proceed.

22. Bayview Loan Services and US Bank are time barred from comment. Assumptions of Bayview Loan Services and U.S. Bank are moot and are nothing other than assumptions.

23. I know nothing of an abusive litigation campaign.

24. I never knowingly or recklessly participated in a campaign of abusive litigation against any party to this arbitration.

Date: 20 APR 2020

James B. Wicker, Appellant Pro Per,

## CERTIFICATE OF SERVICE

I hereby certify that on 20th, April 2020, I sent two (2) copies of an **AFFIDAVIT OF TRUTH IN SUPPORT OF RESPONSE TO APPELLEES' MOTION FOR SANCTIONS TO:**

Bayview Loan Servicing, LLC and U.S Bank , NA

At LAW OFFICES OF AKERMAN LLP
Attorney for Respondents
Alan M. Hurst Esq and
Robert H. Scott Esq
170 S Main Street, Ste 725
Salt Lake City, UT 84101

Alan.hurst.@akerman.com
Robert.scott@akerman.com

Last known address/Email address, BY U.S.P.S
And copies of the same to:

THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Office of the Clerk
Byron White U..S Court House
1823 Stout Street
Denver, CO 80257

By U.S.P.S Priority Mail Service

James B. Wicker, Appellant Pro Se

**UTAH JURAT WITH AFFIANT STATEMENT**
**Utah Code Annotated 46-1-6.5**

State of Utah

County of _Washington_ } ss.

☐ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 ................................................................................
2 ................................................................................
3 ................................................................................
4 ................................................................................
5 ................................................................................
6 ................................................................................
7 ................................................................................

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 *(if any)*

Subscribed and sworn to before me

_Austin McKenzie_____, on
Name of Notary Public

this _20th_ day of _April_____, in the year _2020_
     Date          Month                              Year

by _James B Wicker_____

NOTARY PUBLIC
AUSTIN MCKENZIE
699418
COMMISSION EXPIRES
MARCH 12, 2022
STATE OF UTAH

_____
Name(s) of Document Signer(s)

_____
*Place Notary Seal/Stamp Above*          Signature of Notary Public

──────── **OPTIONAL** ────────
*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

& BERYL WICKER
2564 S 4390 W
HURRICANE
UTAH 84737



0 Lb 1.80 Oz

1004

EXPECTED DELIVERY DAY:  04/23/20

SHIP
TO:
DENVER CO 80257

USPS TRACKING®NUMBER

9505 5140 6196 0111 5249 17

THE UNITED STATES. COURT OF APPEALS.
FOR THE TENTH. CIRCUIT.

OFFICE OF THE CLERK
BYRON WHITE U.S. COURT HOUSE.
1823 STOUT STREET
DENVER, CO 80257



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®

ary 2006

WWW.USPS.COM