**Appeal No. 19-4169**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

JAMES B. WICKER,

*Plaintiff-Appellant*,

v.

BAYVIEW LOAN SERVICING, LLC and U.S. BANK, N.A.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Utah, Central Division
Honorable David Nuffer, Case No.: 4:19-cv-00088-DN

## OPPOSITION TO WICKER'S MOTION FOR LEAVE TO FILE SUR-REPLY

Robert H. Scott
Alan M. Hurst
AKERMAN LLP
170 South Main Street, Suite 725
Salt Lake City, Utah 84101
Telephone: (801) 907-6900
Facsimile: (801) 355-0294
Email: robert.scott@akerman.com
Email: alan.hurst@akerman.com

*Counsel for Defendants-Appellees Bayview Loan Servicing, LLC and U.S. Bank, N.A.*

52851975;1

Mr. Wicker should be denied leave to file a sur-reply. He has not identified new issues raised by the reply or explained why he could not have made the same arguments in his opposition to Bayview and U.S. Bank's sanctions motion. The sanctions motion already pointed out his relationship to Ms. Ehninger High and the reasons why he should have doubted Robert Presley's bona fides.

His sur-reply also includes unsupported false statements about the parties' dealings, to which Bayview and U.S. Bank must respond. Specifically, it claims, "The Appellee(s) admit to lending no money/value, and admit Appellees extorted a monthly payment, (which by their own admission), agreed it was not entitled to." (Sur-reply at 5.) Bayview and U.S. Bank have admitted no such thing, and Mr. Wicker cites no evidence that they have.

His sur-reply insists he had no contact with Ms. Ehninger High, but it still does not explain, if he had no contact with her, why he presented evidence to the district court saying she had put documents in an envelope and sealed it for mailing "at the request of James B. Wicker, a living man." (R071, R077, R079.)

As to Mr. Wicker's remaining arguments, Bayview and U.S. Bank rest on their appellees' brief, motion for sanctions, and reply supporting sanctions.

DATED this 28th day of April, 2020.

                                      <u>*/s/ Alan M. Hurst*</u>
                                      Robert H. Scott
                                      Alan M. Hurst

                                      *Counsel for Defendants-Appellees Bayview Loan Servicing, LLC and U.S. Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2020, I electronically filed the foregoing **OPPOSITION TO WICKER'S MOTION FOR LEAVE TO FILE SUR-REPLY** using the Court's CM/ECF system and sent 3 copies of the brief to the Clerk of the Court by Federal Express and two copies to Appellant via U.S. Mail:

*Via U.S. Mail Only*

James B. Wicker
2564 South 4390 West
Hurricane, Utah 84737
Email:  jwicker@hotmail.com

*Pro Se Plaintiff-Appellant*

                                        */s/ Alan M. Hurst*
                                        Robert H. Scott
                                        Alan M. Hurst

                                        *Counsel for Defendants-Appellees Bayview Loan Servicing, LLC and U.S. Bank, N.A.*

                                        AKERMAN LLP
                                        170 South Main Street, Suite 725
                                        Salt Lake City, Utah 84101
                                        robert.scott@akerman.com
                                        alan.hurst@akerman.com

# CERTIFICATE OF COMPLIANCE

This motion complies with the length limitation of Fed. R. App. P. 27(d)(2) because the brief contains 214 words as calculated by Microsoft Word.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in proportionally spaced 14-point Times New Roman font in 2016 Microsoft Word.

DATED this 28th day of April, 2020.

>    */s/ Alan M. Hurst*
>    Robert H. Scott
>    Alan M. Hurst
>
>    *Counsel for Defendants-Appellees Bayview Loan Servicing, LLC and U.S. Bank, N.A.*
>
>    AKERMAN LLP
>    170 South Main Street, Suite 725
>    Salt Lake City, Utah 84101
>    (801) 907-6900
>    robert.scott@akerman.com
>    alan.hurst@akerman.com

# CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS

I hereby certify that a copy of the foregoing **OPPOSITION TO WICKER'S MOTION FOR LEAVE TO FILE SUR-REPLY** was submitted in Digital Form via the Court's ECF system, is an exact copy of the written document filed with the Clerk and has been scanned for viruses with Cylance PROTECT, version 2.0.1494.39, and according to the program, is free of viruses. In addition, I certify all required privacy redactions have been made.

I certify that the information on this form is true and correct to the best of my knowledge and belief formed after a reasonable inquiry.

DATED this 28th day of April, 2020.

>　*/s/ Alan M. Hurst*
> Robert H. Scott
> Alan M. Hurst
>
> *Counsel for Defendants-Appellees Bayview Loan Servicing, LLC and U.S. Bank, N.A.*
>
> AKERMAN LLP
> 170 South Main Street, Suite 725
> Salt Lake City, Utah 84101
> (801) 907-6900
> robert.scott@akerman.com
> alan.hurst@akerman.com